| | |
|---|---|
| 1 | **HAROUNI LAW GROUP** |
| 2 | Kaivan Harouni [SBN 256582] |
|   | E-mail: KH@HarouniLaw.com |
| 3 | 5950 Canoga Avenue, Suite 550 |
| 4 | Woodland Hills, California 91367 |
|   | Telephone: (310) 693-8333 |
| 5 | Facsimile: (310) 494-9499 |

JS-6

Attorneys for Plaintiff GEOFFREY SKURNIK

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| GEOFFREY SKURNIK, an individual, | Case No: 8:16-cv-02247-AG (KESx) |
| Plaintiff, | |
| vs. | **ORDER ON STIPULATION TO REMAND CASE TO STATE COURT** |
| SPECIALIZED LOAN SERVICING, LLC, a limited liability company; U.S. BANCORP, INC. dba U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MORGAN STANLEY MORTGAGE LOAN TRUST 2006-6AR, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-6AR, an unknown business entity; QUALITY LOAN SERVICES CORPORATION, a California corporation; and DOES 1 through 20, inclusive, a limited liability company; ALL PERSONS CLAIMING BY, THROUGH, OR UNDER SUCH PERSON, OR PERSONS, ALL PERSONS UNKNOWN, CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN, OR | Complaint Filed: November 18, 2016<br>FAC Filed: January 19, 2017<br>Removed On: December 23, 2017<br>Trial Date: Not Set |

| | |
|---|---|
| 1 | INTEREST IN THE SUBJECT REAL |
| 2 | PROPERTY DESCRIBED IN THIS |
| 3 | COMPLAINT ADVERSE TO THE PLAINTIFF'S TITLE THERETO; and |
| 4 | DOES 1 through 20, inclusive,. |

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

On January 25, 2017, the Parties to the above-referenced action filed a Stipulation to Remand Case to State Court. The Court having reviewed the Stipulation and good cause appearing, orders as follows:

1. The Parties' Stipulation is approved, and the instant action is to be immediately remanded back to state court, Orange County Superior Court, State of California, Case Number 30-2016-00888030-CU-OR-CJC;
2. Each of the Parties shall bear his/her/its own attorneys' fees and costs with respect to the removal and subsequent remand of the instant action; and
3. This Stipulation moots all pending motions before this Court, and all pending deadlines and hearings in this case should be taken off the Court's calendar.

**IT IS SO ORDERED.**

Dated: January 27, 2017

_____
Hon. Andrew J. Guilford
United States District Judge
Central District of California

– 1 –
**ORDER**